UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 05-20859-CR-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RAUL J. GUTIERREZ, *et al.*,

      Defendant.

_____/

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION**

    This matter is before the Court on Magistrate Judge Alicia M. Otazo Reyes's Report and Recommendation [D.E. #1137] regarding Maritime's Motion for Leave to File Motion for Summary Judgment ("Motion") [D.E. 1093] and the Government Parties' Motion in *Limine* Regarding Testimony of Steve Roadruck ("Motion in *Limine*") [D.E. 1117]. Judge Otazo-Reyes recommends that the Court deny Maritime's Motion and grant the Government Parties' Motion in *Limine*. The Court has independently reviewed the Report and Recommendation, Motion, Motion in *Limine*, and record. After that review, and having received no objections to these two recommendations in Judge Otazo-Reyes's Report and Recommendation, the Court concludes that the Report and Recommendation is **AFFIRMED** as to the Motion and the Motion in *Limine* and hereby **ADOPTED** as the Court's order.

    Accordingly, Maritime's Motion (D.E. 1093) is **DENIED** and the Government Parties' Motion in *Limine* (D.E. 1117) is **GRANTED**. The Court will separately address the remaining recommendations of Judge Otazo Reyes's Report and Recommendation.

    DONE and ORDERED in Chambers, Miami, Florida, this 11th day of February, 2016.

*/s/ Paul C. Huck*

Paul C. Huck
United States District Judge

**Copies furnished to:**
All counsel of record
Magistrate Judge Alicia M. Otazo-Reyes