IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20859-CR-HUCK-OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL J. GUTIERREZ, et al.

    Defendants.
_____/

## AGREED ORDER ADOPTING IN PART, AND OVERRULING IN PART, PART V OF REPORT AND RECOMMENDATION

THIS MATTER came for hearing on February 29, 2016, on the Magistrate Judge's Report and Recommendation [ECF No. 1137] (the "R&R") regarding the Government Parties' Motion *in Limine* ("Motion") [ECF No. 1073] to exclude the testimony of Professor Keith Rosenn ("Rosenn Declaration") [ECF No. 1059-1] as set forth in Part V of the R&R. The Government Parties filed Joint Objections to the R&R ("Objections") [ECF No. 1144]. This Court having reviewed *de novo* the Motion, the Rosenn Declaration, the Objections, and Response to Objections [ECF No. 1148], the record, heard argument of counsel, and having been duly advised, with due notice having been given, it is hereby

**ORDERED and ADJUDGED** that:

For all the reasons stated on the record, Part V of the R&R is ADOPTED, in part, and OVERRULED, in part, and only such portions of the Rosenn Declaration, as set forth in **Exhibit A** attached hereto, and testimony consistent with the statements in Exhibit A, will be considered in this proceeding. All other testimony of Professor Rosenn is hereby excluded.

DONE and ORDERED in Chambers, Miami, Florida this 14 day of March, 2016.

HONORABLE PAUL C. HUCK
United States District Judge

Copies furnished to:
Magistrate Judge Alicia M. Otazo-Reyes
All Counsel of Record